# THURSTON *v.* DIGGS.

---

This case is governed by the decision of the court in *Diggs* v. *Thurston*, 39 App. D. C. 267.

No. 3036.   Submitted November 6, 1917.   Decided December 3, 1917.

HEARING on an appeal by the plaintiff from a judgment of the Supreme Court of the District of Columbia, on a verdict directed by the court, in an action to recover a sum of money retained as a fee by the plaintiff's former attorney.

*Affirmed.*

The facts are stated in the opinion.

*Mr. Fulton Lewis* and *Mr. John Ridout* for the appellant.

*Mr. Dion S. Birney* for the appellee.

PER CURIAM: Appellant, Sarah J. Thurston, plaintiff below, sued defendant, Charles F. Diggs, to recover the sum of $1,541.20 retained by Diggs as attorney's fees out of a sum collected in a suit conducted by him on behalf of plaintiff's husband.   It appears that the validity of this claim was litigated in a former case, which was disposed of by this court on appeal. *Diggs* v. *Thurston,* 39 App. D. C. 267.   When this became apparent in the course of the trial below, the court held that it was *res judicata,* and instructed a verdict for defendant.   From the judgment this appeal was taken.   The judgment was right, and is affirmed, without costs.   *Affirmed.*